DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN PRUITT as personal representative of JOHN T. PRUITT (deceased); CHARLOTTE MOYER as personal representative of LEO F. MOYER (deceased); and LOLA McCLINTOCK as personal representative of JAMES McCLINTOCK (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**DEMAND FOR JURY TRIAL** |

Defendants SMITHKLINE BEECHAM CORPORATION dba

///
///
///
///
///

DEMAND FOR JURY TRIAL                                    CASE NO.

1  GLAXOSMITHKLINE and McKESSON CORPORATION hereby demand trial by jury
2  in this action.

3
4  Dated: March 26, 2008                    DRINKER BIDDLE & REATH LLP

5
6                                           *[signature]* for
                                             DONALD F. ZIMMER, JR.
                                             KRISTA L. COSNER
7
8                                            Attorneys for Defendants
                                             SMITHKLINE BEECHAM
                                             CORPORATION dba
9                                            GLAXOSMITHKLINE and McKESSON
                                             CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396293\1

DEMAND FOR JURY TRIAL                          2                              CASE NO.