1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  CAROLYN PRUITT as personal           Case No. 1620
    representative of JOHN T. PRUITT
13  (deceased); CHARLOTTE MOYER as       DEFENDANTS' CERTIFICATION OF
    personal representative of LEO F. MOYER   INTERESTED ENTITIES OR
14  (deceased); and LOLA McCLINTOCK as   PERSONS
    personal representative of JAMES     [CIV. L.R. 3-16]
15  McCLINTOCK (deceased),

16                    Plaintiffs,

17        v.

18  SMITHKLINE BEECHAM
    CORPORATION dba
19  GLAXOSMITHKLINE; and McKESSON
    CORPORATION,
20
                      Defendants.
21

22        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

23  persons, associations of persons, firms, partnerships, corporations (including parent

24  corporations) or other entities (i) have a financial interest in the subject matter in

25  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

26  subject matter or in a party that could be substantially affected by the outcome of this

27  proceeding:

28        Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396289\1    DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO.

1  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the
2  ultimate parent corporation.
3      Defendant McKESSON CORPORATION knows of no such interest other than
4  that of the named parties.

5

6  Dated: March 26, 2008                    DRINKER BIDDLE & REATH LLP

7
                                            *[signature]* for
8                                           DONALD F. ZIMMER, JR.
                                            KRISTA L. COSNER
9
                                            Attorneys for Defendants
10                                          SMITHKLINE BEECHAM
                                            CORPORATION dba
11                                          GLAXOSMITHKLINE and McKESSON
                                            CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396289\1

2
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO.