DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Donald.Zimmer@dbr.com
Krista.Cosner@dbr.com

FILED
2008 MAR 24 PM 4:12
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES
BY ________

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTA CROSS, an individual; STEVEN MICHAEL LADRIDO, an individual; GARY ISAACSON, an individual; LYNDA GONGORA, an individual; MARY JANE CIGNO, an individual; ROBERT DINATALE, an individual; GERTRUDE CUTOLO, an individual; JANICE HALL, an individual; BERNARD YOUNG JACKSON, an individual; FRANK C. JOHNSON, an individual; SANDRA LOWRY, an individual; RONDI MIRANDA, an individual; RONALD MOORE, an individual; DUANE NYE, an individual; MANUEL PADILLA, an individual; JOY SCHNEIDERWIND, an individual;, CARROLL LYONS SHEPARD, an individual; KENNETH TALLMAN, an individual; CONNIE WRIGHT, an individual; BOB CAREY, an individual; VON GAIL HAMILTON, an individual; FREDERICO SALINAS FLORES, an individual; JOYCE CARPENTER, an individual; ZAFAR JAFFARI, an individual; JOSE JIMENEZ, an individual; MARK KELLEY, an individual; CARLOS BARRETO, an individual; JIM PALMER, an individual; DONNIE WADE, an individual; NECKTIMA BENNETT, an individual; NITA COMBS, an individual; BETTY RILEY, an individual;

Plaintiffs,

v.

GLAXOSMITHKLINE, a corporation, SMITHKLINE BEECHAM CORPORATION, McKESSON, a corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. CV08-01965 SVW (Ex)

**DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE [F.R.C.P. 7.1]**

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") (incorrectly sued as GlaxoSmithKline Corporation and SmithKline Beecham Corporation) furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: March 24, 2008

DRINKER BIDDLE & REATH LLP

KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105