1    DONALD F. ZIMMER, JR. (State Bar No. 112279)
2    KRISTA L. COSNER (State Bar No. 213338)
     DRINKER BIDDLE & REATH LLP
3    50 Fremont Street, 20th Floor
     San Francisco, California  94105
4    Telephone: (415) 591-7500
     Facsimile: (415) 591-7510

5    Attorneys for Defendants
6    SMITHKLINE BEECHAM CORPORATION dba
     GLAXOSMITHKLINE and McKESSON
7    CORPORATION

8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 CAROLYN PRUITT as personal representative of JOHN T. PRUITT (deceased); CHARLOTTE MOYER as personal representative of LEO F. MOYER (deceased); and LOLA McCLINTOCK as personal representative of JAMES McCLINTOCK (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE                                CASE No.

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On March 26, 2008, I caused to be served the following document(s):
1.   **CIVIL CASE COVER SHEET;**
2.   **NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**
3.   **DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE**
3.   **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS; [CIV. L.R. 83-1.4];**
4.   **DISCLOSURE STATEMENT OF McKESSON CORPORATION [F.R.C.P. 7.1];**
5.   **DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1];**
6.   **DEMAND FOR JURY TRIAL; and**
7.   **DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES[CIV. L.R. 7.1-1].**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑    BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration is executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐    BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐    BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐    BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SFI\397149\1        CERTIFICATE OF SERVICE                                    CASE NO.

1

2  David C. Andersen
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055

5     I declare under penalty of perjury under the laws of the United States of America

6  that the above is true and correct. Executed on March 26, 2008 at San Francisco,

7  California.

8                                    *GLORIA CADENA*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105