ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND, <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br> Defendants. <br><br> ***And related actions as listed in Attachment A.*** | Case No. CV-07-05886 MHP <br> CV-07-05887 MHP <br> CV-07-05888 MHP <br> CV-07-05889 MHP <br> CV-07-05890 MHP <br> CV-07-05891 MHP <br> CV-07-06050 MHP <br> CV-07-06328 MHP <br> CV-08-01057 MHP <br> CV-08-01131 MHP <br> CV-08-01297 MHP <br> CV-08-01506 MHP <br> CV-08-01598 MHP <br> CV-08-01620 MHP <br> CV-08-01752 MHP <br> CV-08-01753 MHP <br><br> **NOTICE OF CHANGE IN COUNSEL** |

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM

CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel

of record in this action:

1

2    ALAN J. LAZARUS (State Bar No. 129767)
     KRISTA L. COSNER (State Bar No. 213338)
3    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
4    San Francisco, California  94105
     Telephone: (415) 591-7500
5    Facsimile: (415) 591-7510
     Alan.Lazarus@dbr.com
6    Krista.Cosner@dbr.com

7
     The following attorney is no longer counsel of record in this action:
8
     DONALD F. ZIMMER, JR. (State Bar No. 112279)
9    Donald.Zimmer@dbr.com

10

11
     Dated: May 14, 2008                    DRINKER BIDDLE & REATH LLP
12

13                                          /s/ Alan J. Lazarus
                                            ALAN J. LAZARUS
14
                                            Attorneys for Defendants
15                                          SMITHKLINE BEECHAM
                                            CORPORATION dba
16                                          GLAXOSMITHKLINE and McKESSON
                                            CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\400111\1     NOTICE OF CHANGE IN COUNSEL                    CASE NO. CV-07-05886 MHP

### Attachment A

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1.     *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2.     *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

3.     *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4.     *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5.     *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6.     *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7.     *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8.     *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9.     *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

10.     *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

11.     *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

12.     *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400111\1

NOTICE OF CHANGE IN COUNSEL

3

CASE NO. CV-07-05886 MHP

1   *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2          13.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3   *et al.,* Case No. CV- 08-01598-MHP;

4          14.    *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5   *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6          15.    *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7   *et al.,* Case No. CV-08-01752 MHP;

8          16.    *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9   *et al.,* Case No. CV-08-01753 MHP.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28