Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 5/9/08

ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-14)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 107 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

A CERTIFIED TRUE COPY

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                         MDL No. 1871

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

CALIFORNIA CENTRAL
   CAC  2  08-1909            Diane Wessel, etc. v. SmithKline Beecham Corp.
   ~~CAC  2  08-1965~~          ~~Christa Cross, et al. v. SmithKline Beecham Corp., et al.~~
                             Opposed 5/5/08

CALIFORNIA NORTHERN
   CAN  3  08-1506            Theresa Farris, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-1598            Martha Arriola v. SmithKline Beecham Corp., et al.
   CAN  3  08-1620            Carolyn Pruitt, et al. v. SmithKline Beecham Corp., et al.

ILLINOIS SOUTHERN
   ILS  3  08-118             Mabel Haywood, etc. v. SmithKline Beecham Corp.

NORTH CAROLINA WESTERN
   NCW  1  08-107            William Frady, et al. v. SmithKline Beecham Corp., et al.

NEW YORK WESTERN
   NYW  1  08-253            Elizabeth Filipiak, etc. v. SmithKline Beecham Corp.

OHIO NORTHERN
   OHN  1  08-693            Deborah A. Ruth, etc. v. SmithKline Beecham Corp., et al.

OKLAHOMA WESTERN
   OKW  5  08-278            Donna G. Warren, et al. v. SmithKline Beecham Corp.

PUERTO RICO
   PR   3  08-1289             Raul Zambrana-Quiles, et al. v. SmithKline Beecham Corp., et al.

TEXAS EASTERN
   TXE  5  08-56              Kay Leeper, et al. v. GlaxoSmithKline

TEXAS SOUTHERN
   TXS  4  08-839             Andrew Love, etc. v. SmithKline Beecham Corp., et al.
   TXS  4  08-880             Bertha Toucet, et al. v. SmithKline Beecham Corp.